# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICKY A. REAUX

NO. 2026 KW 0177

**APRIL 20, 2026**

---

In Re:   Ricky A. Reaux, applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 070665.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.** Relator failed to meet his burden of demonstrating that he exercised diligence in attempting to discover any postconviction claims that may have existed within the time limitations set forth in Louisiana Code of Criminal Procedure article 930.8 (A)(1). Accordingly, the district court did not err by sustaining the State's procedural objections and denying relator's untimely application for postconviction relief.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT